# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CASE NUMBER 4:05cr239 |
| | § | (Judge Schell) |
| AVIONNE LAMONT BAKER | § | |

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
FEB 2 4 2006
DAVID J. MALAND, CLERK
BY_____ DEPUTY

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND FINDING DEFENDANT GUILTY ON COUNTS ONE AND THREE OF THE INDICTMENT

On this day, the Court considered the Findings of Fact and Recommendation of United States Magistrate Judge Don D. Bush regarding Defendant's plea of guilty to Counts One and Three of the Indictment in the above-numbered cause. Having conducted a proceeding in the form and manner prescribed by Fed. R. Crim. P. 11, the Magistrate Judge recommends that the Court accept the plea agreement and the guilty plea of the Defendant. The Court is of the opinion that the Findings of Fact and Recommendation should be accepted.

It is accordingly ORDERED that the Findings of Fact and Recommendation of the United States Magistrate Judge, filed February 7, 2006, are hereby ADOPTED.

It is further ORDERED that, pursuant to Defendant's plea agreement, the Court finds Defendant GUILTY on Counts One and Three of the Indictment in the above-numbered cause.

SIGNED this 24th day of February, 2006.

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE